1  STEPHANIE AMES, ESQ; SBN 195608
   CRIMINAL DEFENSE ASSOCIATES
2  20700 VENTURA BLVD., SUITE 301
   WOODLAND HILLS, CALIFORNIA  91364
3  Telephone: (818) 313-6870
4  Facsimile:  (818) 313-6871

5  Attorneys for Defendant
   DONALD A. EDGECOMB
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 | UNITED STATES OF AMERICA,      )   No. 2:06-cr-00200-MCE
                                    )
13 |                                )   **MOTION REQUESTING TO**
                   Plaintiff,       )   **MODIFY THE CONDITIONS OF**
14 |         vs.                    )   **RELEASE FOR DEFENDANT**
                                    )   **DONALD A. EDGECOMB**
15 | CHRISTOPHER CRAIG, et al.,     )
                                    )   **ORDER**
16 |                Defendants.     )
17 | _____)

18

19

20         NOW COMES Defendant, Donald Edgecomb, by and through his counsel of record, Stephanie
21 Ames, and hereby respectfully requests this Court to modify the conditions of his release to allow him to
22 travel and visit with his parents, Donald, Sr. and Rose Edgecomb, at their residence located at 5445
23 Turton Lane, Court Orange, Florida, 32127, (386) 233-5809. Defendant will be driving his silver, 2004,
24 Jeep Grand Cherokee, Wisconsin License plate # 606 JSY, departing on Monday, May 21st, 2007. He
25 will return, no later than June 6th, 2007. Mr. Edgecomb will have his cell phone on at all times during
26 his travel.  (240) 577-1144.  PreTrial Services Officer Rebecca Fidelman (916) 930-4369, has been
27 contacted and has indicated no objection to the proposed Order.  Assistant US Attorney Anne Pings was
   also contacted and indicated no objection to the proposed Order as well.
28

1  Respectfully submitted,
2
3
4  Dated: May 17, 2007                          /s/ Stephanie Ames
                                                STEPHANIE AMES
5                                               Attorney for Defendant, Donald Edgecomb
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

IT IS HEREBY ORDERED that defendant, Donald Edgecomb's conditions of release be modified and that he be allowed to travel and visit his parents in Florida, from the date of May 21st, 2007 through June 6th, 2007.

**IT IS SO ORDERED.**

Dated:

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3