UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:06-cr-00200-MCE |
| Plaintiff, | |
| v. | ORDER |
| DONALD A. EDGECOMB, | |
| Defendant. | |

IT IS HEREBY ORDERED that defendant, Donald Edgecomb is to return from Florida to his residence by June 8, 2007. Immediately upon his return from Florida, defendant Donald Edgecomb shall contact Pretrial Services and advise of same.

Dated: June 6, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE