BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 170
Sacramento, California 95825

Attorney for Defendant
DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 2:06-cr-00200-MCE |
| DONALD EDGECOMB, | STIPULATION AND ORDER SCHEDULING SENTENCING OF DEFENDANT EDGECOMB |

IT IS HEREBY STIPULATED AND AGREED between the United States of America and the defendant, Donald Edgecomb, through their respective attorneys, that the status conference concerning representation presently scheduled for July 19, 2007 is vacated, and the hearing on judgement and sentence shall be scheduled for August 30, 2007, at 9:00 a.m., and the following amended schedule is adopted for the preparation of the presentence report concerning Mr. Edgecomb:

| | |
|---|---|
| Informal objections to draft PSR due | July 26, 2007 |
| Final PSR due | August 9, 2007 |
| Formal objections to PSR due | August 23, 2007 |
| Hearing on J&S | August 30, 2007 |

This schedule is necessary because Mr. Edgecomb's prior attorney has withdrawn and new counsel is now seeking appointment and will need additional time to prepare for the sentencing.

Respectfully submitted,

Dated: July 13, 2007         /s/ Bruce Locke
                             Bruce Locke
                             Attorney for Donald Edgecomb

1 | Dated: July 13, 2007

/s/  Bruce Locke for Anne Pings
ANNE PINGS
Assistant United States Attorney

5 |     IT IS SO ORDERED.

7 | Dated:  July 17, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE