**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Stephanie Ames

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Donald Edgecomb,<br><br>    Defendant | Case No.: No. 2:06-cr-00200-MCE<br><br>**ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE**<br><br>**Date**:  September 27, 2007<br>**Time:  8:30 a.m.**<br>**Judge:  Hon. Morrison C. England, Jr.** |

## ORDER

On motion of attorney **Stephanie Ames**, and **GOOD CAUSE APPEARING THEREFORE**, the court finds that the defendant, Donald Edgecomb, has waived his attorney-client privilege with counsel **Stephanie Ames** concerning work she performed for the defendant prior to and during his change of plea and during the sentencing phase of Mr. Edgecomb's case, and has waived such privilege concerning any and all communications between Ms. Ames and the defendant relating to the plea agreement, the factual basis for the plea agreement, defendant's preparation and any advisements concerning his entry of plea and sentencing, the presentence report, defenses, the discovery, the evidence, witness statements, pretrial and presentencing

1 research and investigation, departures or variances and reasons for departures or variances, and

2 defendant's exposure to prison time had he chosen to proceed trial.

3 **IT IS SO ORDERED.**

4 DATED: September 25, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE