McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:06-cr-00200-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | SETTING NEW TRIAL DATE |
| v. | ) | |
| | ) | |
| | ) | Date: August 25, 2008 |
| DONALD A. EDGECOMB, | ) | Time: 9:00 a.m. |
| | ) | Hon. Morrison C. England, Jr. |
| Defendant. | ) | |

It is hereby stipulated and agreed, by and between the defendant, Donald A. Edgecomb, by and through counsel, Bruce Locke, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the trial confirmation date of February 7, 2008, and the trial date of March 3, 2008, and to set a new trial confirmation date of July 31, 2008, and a new trial date of August 25, 2008.  These proposed dates were approved by the Court's deputy clerk.

///

///

///

-1-

1     The government has informed the defendant that it intends to
2 seek a superseding indictment and the defendant has informed the
3 government that it intends to file a writ ad testificandum to
4 procure the presence of witness(es) currently incarcerated.  In
5 light of the foregoing, both parties have agreed that they need
6 additional time to prepare for trial.
7     The parties agree that time should be excluded under the
8 Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of
9 counsel) until August 25, 2008, in that the ends of justice
10 served by allowing defendant's counsel time to procure the
11 presence of witnesses, conduct further factual investigation
12 regarding the superseding indictment, and to prepare meaningfully
13 for trial outweigh the best interest of the public and the
14 defendant in a speedy trial.

15     Respectfully submitted,

16     McGREGOR W. SCOTT
United States Attorney
17

    /s/ Anne Pings
18 _____
    ANNE PINGS
19     Assistant United States Attorney

20
    /s/ Anne Pings
21 _____
    For Bruce Locke
22     Counsel for Defendant Edgecomb

23
    **IT IS SO ORDERED.**
24
Dated: January 30, 2008
25

26

27 _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
28

-2-