BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 170
Sacramento, California 95825

Attorney for Defendant
DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA §<br>§<br>V. §<br>§ Case No. 2:06-cr-00200-MCE<br>§<br>DONALD EDGECOMB, § STIPULATION AND ORDER<br>§ TO ALLOW DEFENDANT<br>§ TO TRAVEL TO TENNESSEE<br>§ TO ASSIST HIS PARENTS | |

IT IS HEREBY STIPULATED AND AGREED between the United States of America and the defendant, Donald Edgecomb, through their respective attorneys, that Mr. Edgecomb is authorized to travel from his home in Wisconsin to Hilham, Tennessee on April 18, 2008 to assist his parents to move into their new home. Mr. Edgecomb will return to Wisconsin on April 21, 2008. Mr. Edgecomb's mode of transportation will be his 2004 Silver Jeep Grand Cherokee, license WI 606 JSY. Mr. Edgecomb will have his cell phone with him - 414-207-2433.

Respectfully submitted,

Dated: April 15, 2008                           /s/ Bruce Locke
                                                Bruce Locke
                                                Attorney for Donald Edgecomb

1 | Dated: April 15, 2008                                      /s/   Bruce Locke for Anne Pings
2 |                                                            ANNE PINGS
  |                                                            Assistant United States Attorney
3
4 |         IT IS SO ORDERED.
5 | Dated:  April 16, 2008
6
7 |                                                            _____
  |                                                            MORRISON C. ENGLAND, JR.
8 |                                                            UNITED STATES DISTRICT JUDGE

- 2 -