McGREGOR W. SCOTT
United States Attorney
ANNE PINGS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2785

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>         Plaintiff,          )<br>                             )<br>                             )<br>     v.                      )<br>                             )<br>                             )<br> DONALD A. EDGECOMB,          )<br>                             )<br>         Defendant.          )<br>_____) | No. 2:06-cr-00200-MCE<br><br>STIPULATION AND ORDER<br>SETTING NEW TRIAL DATE<br><br>Date: October 27, 2008<br>Time: 9:00 a.m.<br>Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed, by and between the defendant, Donald A. Edgecomb, by and through counsel, Bruce Locke, and the United States, through its counsel, Assistant United States Attorney Anne Pings, to vacate the trial confirmation date of August 7, 2008, and the trial date of August 25, 2008, and to set a new trial confirmation date of October 2, 2008, and a new trial date of October 27, 2008.  These proposed dates were approved by the Court's deputy clerk.

The government has informed the defendant that it intends to seek a superseding indictment and the defendant has informed the government that it intends to file a writ ad testificandum to

-1-

1  procure the presence of witness(es) currently incarcerated.  In
2  light of the foregoing, both parties have agreed that they need
3  additional time to prepare for trial.
4      The parties agree that time should be excluded under the
5  Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(iv) (preparation of
6  counsel) until October 27, 2008, in that the ends of justice
7  served by allowing defendant's counsel time to procure the
8  presence of witnesses, conduct further factual investigation
9  regarding the superseding indictment, and to prepare meaningfully
10 for trial outweigh the best interest of the public and the
11 defendant in a speedy trial.

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Anne Pings
                                  _____
                                  ANNE PINGS
                                  Assistant United States Attorney

                                  /s/ Anne Pings
                                  _____
                                  For Bruce Locke
                                  Counsel for Defendant Edgecomb

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE