1  BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 170
   Sacramento, California 95825
3
   Attorney for Defendant
4  DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. S-06-200 MCE |
| | § | |
| DONALD EDGECOMB, | § | STIPULATION AND ORDER |
| | § | RESCHEDULING THE TRIAL |
| | § | CONFIRMATION HEARING |
| | § | |

IT IS HEREBY STIPULATED AND AGREED between the United States of America and the defendant, Donald Edgecomb, through their respective attorneys, that the trial confirmation hearing currently set for October 2, 2008 is rescheduled for October 9, 2008 at 9:00 a.m.  Time between October 2, 2008 and October 9, 2008 is excluded from the Speedy Trial Act calculation pursuant to local code T-4 to allow time for trial preparation by counsel.

Respectfully submitted,

Dated: September 22, 2008        /S/ Bruce Locke
                                 Bruce Locke
                                 Attorney for Donald Edgecomb

///
///
///
///
///

1 | Dated: September 22, 2008            /S/   Bruce Locke for Philip Ferrari
2 |                                      PHILIP FERRARI
                                       Assistant United States Attorney

    IT IS SO ORDERED.

Dated:  September 23, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

- 2 -