BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>DONALD EDGECOMB, | CASE NO. 2:06-cr-00200-MCE<br><br>STIPULATION AND ORDER TO CONTINUE THE DATE FOR IMPOSITION OF SENTENCE FROM JANUARY 8, 2009 TO JANUARY 29, 2009 AT 9:00 A.M. |

The defendant, by and through his counsel, Bruce Locke, and the United States, by and through its counsel, Philip Ferrari, hereby stipulate that the date from imposition of the sentence should be continued from January 8, 2009 to January 29, 2009 at 9:00 a.m. The reason for the continuance is that defense counsel has vacation plans over the holidays that will make it impossible to prepare, file, and respond to the the sentencing memorandum under the prior schedule. The parties further stipulate that the sentencing memorandum will be due by January 15, 2009 and any replies to opposing counsel's filing will be due January 22, 2009. Mr. Ferrari has authorized Mr. Locke to sign this pleading for him.

Dated: December 23, 2008              /s/ Bruce Locke
                                      Attorney for Petitioner
                                      DONALD EDGECOMB

1  DATED: December 23, 2008              /S/ Bruce Locke
2                                        For Philip Ferrari
                                         Attorney for the United States
3

4        IT IS SO ORDERED.

5

6   Dated:  January 7, 2009

7                                        _____
                                         MORRISON C. ENGLAND, JR.
8                                        UNITED STATES DISTRICT JUDGE