BRUCE LOCKE
Moss & Locke
555 University Avenue, Ste 150
Sacramento, California 95825

Attorney for Defendant
DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § § § § § § § <br> V. <br> DONALD EDGECOMB, | CRIMINAL NO. S-06-200 MCE <br><br> MOTION TO ASSIGN THIS CASE TO A MAGISTRATE JUDGE |

Defendant, DONALD EDGECOMB, by and through his undersigned counsel, respectfully moves this Court to order the Clerk of Court to assign this case to a Magistrate Judge in accordance with Local Rules 72-302(b)(3), 58-420, and 58-421, and in support of this Motion would show the Court as follows:

On October 23, 2008, the Government filed a Superceding Information charging Mr. Edgecomb with a violation of 12 U.S.C. § 2607(b) and (d)(1), a Class A Misdemeanor. On that same day, Mr. Edgecomb pled guilty to that charge pursuant to a plea agreement.

Local Rule 72-302 provides in pertinent part as follows:

> **(a) General.** It is the intent of this Rule that the Magistrate Judges perform all duties permitted by 28 U.S.C. § 636(a), (b)(1)(A), or other law where the standard of review of the Magistrate Judge's decision is clearly erroneous or contrary to law. . . .
>
> Magistrate Judges will perform the duties described in 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 53 upon specific designation of a District Judge or by designation in subsections (b) and ( c) of this Rule.
>
> **(b) Duties to Be Performed in Criminal Matters by a Magistrate Judge Pursuant to 28 U.S.C. § 636(a), (b)(1)(A), (b)(1)(B), and (b)(3), or Other Law.**

1           (1) . . . .

2           (2) . . . .

3          (3) All pretrial, trial, and post-trial matters in any misdemeanor action (including petty offenses and infractions), see Fed. R. Crim. P. 58; L.R. Crim 58-421.

Local Rule Crim 58-420 provides that "[a]ll citations, violation notices, complaints, informations or indictments charging misdemeanors shall be referred by the Clerk directly to the appropriate Magistrate Judge. See L.R. 72-302(b)(3)."

We respectfully submit that since the Defendant is charged in this case in an Information that charges him with a Misdemeanor and since he has pled guilty to that charge, his case should under the Local Rules be assigned for all post-trial matters to a Magistrate Judge.

The attorney for the Government has advised the undersigned attorney that he opposes the granting of this motion.

                                                    Respectfully submitted,

Date: January 15, 2009                  /S/ Bruce Locke
                                                  BRUCE LOCKE
                                                  Attorney for Defendant Edgecomb

ORDER:

      The request is DENIED.

Dated: January 20, 2009

                                                  MORRISON C. ENGLAND, JR.
                                                UNITED STATES DISTRICT JUDGE