1  BRUCE LOCKE
   Moss & Locke
2  555 University Avenue, Ste 150
   Sacramento, California 95825
3
   Attorney for Defendant
4  DONALD EDGECOMB

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| V. | § | NO. 2:06-cr-00200-MCE |
| DONALD EDGECOMB, | § | ORDER TO FURNISH TRAVEL |

TO:    UNITED STATES MARSHAL

This is to authorize and direct you to furnish the above-named DONALD EDGECOMB, with transportation from Milwaukee, Wisconsin to the place of his sentencing hearing in Sacramento, California on January 29, 2009 at 9:00 a.m.  It will be necessary for DONALD EDGECOMB to arrive in Sacramento, California on January 28, 2009, to make his appearance in court on January 29, 2009.  DONALD EDGECOMB is financially unable to be in Sacramento on this date without transportation expenses being provided by the Government. DONALD EDGECOMB will also need transportation to Milwaukee, Wisconsin, the place of his bonafide residence, on January 29, 2009. This is authorized pursuant to 18 U.S.C. § 4285.

Dated: January 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE